**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Albert JABBAR, Petitioner.**

Supreme Court of Pennsylvania.

April 2, 2014.

■

**Alonzo GARWOOD, Petitioner**

v.

**COURT OF COMMON PLEAS PHILA-DELPHIA COUNTY, Criminal Justice Ctr. 1301 Filbert Street Phila. PA 19107, Respondent.**

**No. 22 EM 2014.**

Supreme Court of Pennsylvania.

April 1, 2014.

***ORDER***

PER CURIAM.

**AND NOW,** this 1st day of April, 2014, the Application for Leave to File Original Process is **GRANTED**. To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED**. To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED**. The Court of Common Pleas of Philadelphia County is directed to adjudicate Petitioner's pending petition for writ of *habeas corpus* within 90 days of this order.

***ORDER***

PER CURIAM.

**AND NOW,** this 2nd day of April, 2014, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** Petitioner's sentencing claim, insofar as it challenges the application of 42 Pa.C.S.A. § 9712.1's requirements of "actual or constructive possession or control" and "close proximity." Further, the Superior Court's decision affirming the imposition of a sentence of a mandatory minimum sentence under Section 9712.1 is **VACATED,** and the matter is **REMANDED** to the Superior Court for further proceedings in light of *Commonwealth v. Hanson,* 82 A.3d 1023 (Pa. 2013). In all other respects, the Petition for Allowance of Appeal is **DENIED**.

Jurisdiction relinquished.